IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BLACK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAFARGE S.A., *et al.*,<br><br>    Defendants. | Case No. 24-cv-08901-NGG-PK |

**STIPULATION OF DISMISSAL BY
<u>PLAINTIFF AMANDA PALMUCCI</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amanda Palmucci hereby stipulates to the dismissal without prejudice of all her claims in the above-captioned action against Defendants. This dismissal is only on behalf of Amanda Palmucci. The remaining Plaintiffs preserve and maintain all claims asserted.

1

Dated: February 25, 2026

                                                    Respectfully submitted,

| | |
|---|---|
| /s/ *Alyson Zureick* | /s/ *Adam J. Goldstein* |
| Alyson Zureick<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 937-7529<br>Fax: (212) 230-8888<br>alyson.zureick@wilmerhale.com<br><br>David W. Bowker<br>Jonathan E. Paikin<br>Albinas Prizgintas (*pro hac vice*)<br>Michaela Wilkes Klein (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Tel: (202) 633-6000<br>Fax: (202) 633-6363<br>david.bowker@wilmerhale.com<br>jonathan.paikin@wilmerhale.com<br>albinas.prizgintas@wilmerhale.com<br>michaela.wilkesklein@wilmerhale.com<br><br>*Counsel for Defendants* | Adam J. Goldstein (No. 5123286)<br>Matthew J. Fisher (*pro hac vice*)<br>SPARACINO PLLC<br>1920 L Street, NW, Suite 835<br>Washington, D.C. 20036<br>Tel: (202) 629-3530<br>Fax: (202) 629-3658<br>adam.goldstein@sparacinopllc.com<br>matt.fisher@sparacinopllc.com<br><br>Joshua D. Branson (*pro hac vice*)<br>Andrew E. Goldsmith (No. 4312740)<br>KELLOGG, HANSEN, TODD,<br> FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel:  (202) 326-7900<br>Fax:  (202) 326-7999<br>jbranson@kellogghansen.com<br>agoldsmith@kellogghansen.com<br><br>*Counsel for Plaintiffs* |