## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

JASON BLACK, *et al.*,

        Plaintiffs,

  v.

LAFARGE S.A., *et al.*,

        Defendants.

Case No. 24-cv-08901-NGG-PK

## STIPULATION OF DISMISSAL BY
## PLAINTIFF AMANDA PALMUCCI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amanda Palmucci hereby stipulates to the dismissal without prejudice of all her claims in the above-captioned action against Defendants.  This dismissal is only on behalf of Amanda Palmucci.  The remaining Plaintiffs preserve and maintain all claims asserted.

1

Dated: February 25, 2026

Respectfully submitted,

/s/ *Alyson Zureick*

/s/ *Adam J. Goldstein*

Alyson Zureick
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 937-7529
Fax: (212) 230-8888
alyson.zureick@wilmerhale.com

David W. Bowker
Jonathan E. Paikin
Albinas Prizgintas (*pro hac vice*)
Michaela Wilkes Klein (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Tel: (202) 633-6000
Fax: (202) 633-6363
david.bowker@wilmerhale.com
jonathan.paikin@wilmerhale.com
albinas.prizgintas@wilmerhale.com
michaela.wilkesklein@wilmerhale.com

*Counsel for Defendants*

Adam J. Goldstein (No. 5123286)
Matthew J. Fisher (*pro hac vice*)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
Fax: (202) 629-3658
adam.goldstein@sparacinopllc.com
matt.fisher@sparacinopllc.com

Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith (No. 4312740)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com

*Counsel for Plaintiffs*

**So Ordered.**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 2/26/25