KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
————
(202) 326-7900
FACSIMILE:
(202) 326-7999

August 4, 2026

*Via ECF*

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Foley et al. v. Lafarge S.A. et al.*, No. 1:23-cv-05691-NGG-PK (E.D.N.Y.);
    *Finan et al. v. Lafarge S.A. et al.*, No. 1:22-cv-07831-NGG-PK (E.D.N.Y.);
    *Goldman et al. v. Lafarge S.A. et al.*, No. 1:24-cv-01043-NGG-PK (E.D.N.Y.);
    *Black et al. v. Lafarge S.A. et al.*, No. 1:24-cv-08901-NGG-PK (E.D.N.Y.);
    *Stallter et al. v. Lafarge S.A. et al.*, No. 1:25-cv-06749-NGG-PK (E.D.N.Y.);
    *Shirley et al. v. Lafarge S.A. et al.*, No. 1:25-cv-04248-NGG-PK (E.D.N.Y.).

Dear Judge Kuo:

  Pursuant to the Court's direction at the July 30, 2026 status conference, we write to propose a joint briefing schedule for Plaintiffs' forthcoming spoliation motion.  The parties have conferred and agreed on a briefing schedule for the motion.  The parties respectfully propose the following briefing schedule for the Court's approval:

- Monday, August 24, 2026: Plaintiffs' opening brief
- Friday, October 2, 2026: Defendants' opposition brief
- Friday, October 16, 2026: Plaintiffs' reply brief

  The parties also propose adhering to the default page limits under the Local Rules, which set a 25-page limit for the opening and opposition briefs and a 10-page limit for the reply brief. We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Lee Wolosky

Lee Wolosky
Andrew J. Lichtman
Kathryn Bolas
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

Erica Ross
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
202-303-1271
eross@willkie.com

Todd C. Toral
JENNER & BLOCK LLP
2029 Century Park East
Ste 1450
Los Angeles, CA 90067-2901
213-239-2294
ttoral@jenner.com

Brent Caslin (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street
Los Angeles, CA 90071
Tel: (213) 239-5100
bcaslin@jenner.com

Sarah Ann Purtill
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1600

/s/ Joshua D. Branson

Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith
Lillian V. Smith (*pro hac vice*)
Christopher C. Goodnow (*pro hac vice*)
James A. Ruck (*pro hac vice*)
Eric J. Maier (*pro hac vice*)
Chase H. Robinett (*pro hac vice*)
Kaleb J. LeGore (*pro hac vice*)
Seth D. Crockett (*pro hac vice*)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
lsmith@kellogghansen.com
cgoodnow@kellogghansen.com
jruck@kellogghansen.com
emaier@kellogghansen.com
crobinett@kellogghansen.com
klegore@kellogghansen.com
scrockett@kellogghansen.com

Adam J. Goldstein
Ryan Sparacino (*pro hac vice*)
Stacey Wilson (*pro hac vice*)
SPARACINO PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
SPARACINO PLLC
150 South Wacker Drive

spurtill@jenner.com

Kyle N. Tramonte (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Washington, D.C. 20001
Tel: (202) 639-6000
ktramonte@jenner.com

*Counsel for Finan Plaintiffs*

*/s/ Lee Wolosky*
Lee Wolosky
Andrew J. Lichtman
Kathryn Bolas
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

Erica Ross
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
202-303-1271
eross@willkie.com

Todd C. Toral
JENNER & BLOCK LLP
2029 Century Park East
Ste 1450
Los Angeles, CA 90067-2901
213-239-2294
ttoral@jenner.com

Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Foley Plaintiffs*

*/s/ Joshua D. Branson*
Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith
James A. Ruck *(pro hac vice)*
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
jruck@kellogghansen.com

Adam J. Goldstein
Stacey Wilson (*pro hac vice*)
SPARACINO PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
SPARACINO PLLC
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Black Plaintiffs*

Brent Caslin (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street
Los Angeles, CA 90071
Tel:  (213) 239-5100
bcaslin@jenner.com

Sarah Ann Purtill
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1600
spurtill@jenner.com

Kyle N. Tramonte (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Washington, D.C. 20001
Tel: (202) 639-6000
ktramonte@jenner.com

Craig Carlson (*pro hac vice*)
Langdon Southworth (*pro hac vice*)
THE CARLSON LAW FIRM
100 E. Central Texas Expressway
Killeen, TX 76541
Tel:  (254) 526-5688
ccarlson@carlsonattorneys.com
lsouthworth@carlsonattorneys.com

*Counsel for Shirley Plaintiffs*


*/s/ Joshua D. Branson*
Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith
James A. Ruck (*pro hac vice*)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*/s/ Joshua D. Branson*
Kevin L. Attridge (*pro hac vice*)
Melissa Fox
Jonathan E. Missner (*pro hac vice*)
Robert B. Gilmore (*pro hac vice*)
STEIN MITCHELL BEATO
& MISSNER LLP
2000 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
kattridge@steinmitchell.com
mfox@steinmitchell.com
jmissner@steinmitchell.com
rgilmore@steinmitchell.com

Gavriel Mairone
Oceane A. Maher *(pro hac vice)*
MM~LAW LLC
875 North Michigan Ave, Suite 3100
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
oceane@mm-law.com

Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com

*Counsel for Goldman Plaintiffs*

Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
jruck@kellogghansen.com

Adam J. Goldstein
Ryan R. Sparacino (*pro hac vice forthcoming*)
Stacey Wilson (*pro hac vice*)
SPARACINO PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
SPARACINO PLLC
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Stallter Plaintiffs*